WILLIAM A. LEVIN, ESQ. (SBN 98592)
LAUREL L. SIMES, ESQ. (SBN 134637)
MAHZAD K. HITE, ESQ. (SBN 283043)
CECIL B. CRAIN, ESQ. (SBN 252780)
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, California 94104
Telephone:   (415) 426-3000
Facsimile:    (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
mhite@levinsimes.com
ccrain@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>　　　　　　　　Defendants. | Case No. 17-cv-02228-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC.**<br><br>The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br>Oakland, CA |

## STIPULATION OF THE PARTIES

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Allied Fluid Products Corp. fka Allied Packing & Supply, Inc., through their counsel of record, hereby stipulate that all claims against only Allied Fluid Products Corp. fka Allied Packing & Supply, Inc. may be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A). The parties

///

///

923897_1

- 1 -

STIPULATION AND PROPOSED ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017     **LEVIN SIMES LLP**

By:  /s/ *Mahzad K. Hite*
William A. Levin, Esq.
Cecil B. Crain, Esq.
Mahzad K. Hite, Esq.
Attorneys for Plaintiffs

Dated:  September 3, 2017     **IMAI, TADLOCK, KEENEY & CORDERY LLP**

By:  /s/ *Theodore Cordery*
Theodore Cordery, Esq.
Stephen Carlson, Esq.
Attorneys for Defendant
ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC.

Dated:  September 3, 2017     **FOLEY & MANSFIELD**

By:  /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Dennis Young
Attorneys for Defendant
ALFA LAVAL, INC.

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **LOW BALL & LYNCH** |
| | By: | /s/ *Sonja Blomquist* |
| | | Sonja Blomquist, Esq. |
| | | Catherine Golden, Esq. |
| | | Attorneys for Defendant |
| | | ARMSTRONG INTERNATIONAL, INC. |
| Dated: September 3, 2017 | | **FOLEY & MANSFIELD PLLP** |
| | By: | /s/ *Gary D. Sharp* |
| | | Gary D. Sharp, Esq, |
| | | T. Eric Sun, Esq. |
| | | Attorneys for Defendant |
| | | AUTOMATIC SWITCH COMPANY INDIVIDUALLY AND AS PARENT ALTER EGO AND SUCCESSOR-IN-INTEREST TO ASCO VALVES, INC. |
| Dated: September 3, 2017 | | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |
| | By: | /s/ *Ana Portillo* |
| | | Ana Portillo, Esq. |
| | | Jeffrey Thayer, Esq. |
| | | Attorneys for Defendant |
| | | BALDOR ELECTRIC COMPANY |

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** | |

By: /s/ *Gary D. Sharp*
Gary D. Sharp, Esq.
Jennifer M. McCormick, Esq.
Attorneys for Defendant
CLEAVER-BROOKS, INC.

Dated: September 3, 2017 **K&L GATES LLP**

By: /s/ *Michele Barnes*
Michele Barnes, Esq.
Peter Soskin, Esq.
Attorneys for Defendant
CRANE CO.

Dated: September 3, 2017 **POND NORTH**

By: /s/ *Nilufar K. Majd*
Nilufar K. Majd, Esq.
Attorneys for Defendant
EATON HYDRAULICS, LLC

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

Dated: September 3, 2017        **MORGAN, LEWIS & BOCKIUS LLP**

By:     /s/ *Joseph Duffy*
        Joseph Duffy, Esq.
        Amy Talarico, Esq.
        Michael Eagan, Esq.
        Attorneys for Defendant
        GOULDS PUMPS, INC. now known as GOULDS PUMPS LLC

Dated: September 3, 2017        **ONGARO PC**

By:     /s/ *David R. Ongaro*
        David R. Ongaro, Esq.
        Kirsten McNelly Bibbes, Esq.
        Kenneth Natelborg, Esq.
        Attorneys for Defendant
        HONEYWELL INTERNATIOAL, INC. f/k/a
        AlliedSignal, Inc., Successor-in-Interest to The
        Bendix Corporation

Dated: September 3, 2017        **LEADER & BERKON, LLP**

By:     /s/ *Bobbie Bailey*
        Bobbie Bailey, Esq.
        Frederick Gatt, Esq.
        Attorneys for Defendant
        IMO INDUSTRIES, INC.

- 5 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 2 | | |
| 3 | | By: /s/ *Paul S. Lecky* |
| 4 | | Paul S. Lecky, Esq. |
| 5 | | Mark Kannett, Esq.<br>Attorneys for Defendant |
| 6 | | JOHNSON CONTROLS, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ *Gary D. Sharp* |
| 12 | | Gary D. Sharp, Esq.<br>T. Eric Sun, Esq. |
| 13 | | Attorneys for Defendant<br>KUNKLE INDUSTRIES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 17 | | |
| 18 | | By: /s/ *Emily Bergstrom* |
| 19 | | Emily Bergstrom, Esq.<br>Mark S. Kannett, Esq. |
| 20 | | Attorneys for Defendant<br>M. SLAYEN AND ASSOCIATES, INC. |

- 6 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| Dated: September 3, 2017 | **WFBM, LLP** | |
| | By: | */s/ Katherine P. Gardiner* |
| | | Katherine P. Gardiner, Esq. |
| | | Michael J. Beler, Esq. |
| | | Attorneys for MCWANE, INC., erroneously sued herein as MCWANE, INC., individually and as parent, alter ego and successor-in-interest to Clow Valve Company and Greenberg Valves |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **BASSI EDLIN HUIE & BLUM** | |
| | By: | */s/ Marte Bassi* |
| | | Marte Bassi, Eesq. |
| | | Joseph B. Adams, Esq. |
| | | E. Reno Cross, Esq. |
| | | Marilen Garcia, Esq. |
| | | Attorneys for Defendant |
| | | PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** | |
| | By: | */s/ Gary D. Sharp* |
| | | Gary D. Sharp, Esq. |
| | | T. Eric Sun, Esq. |
| | | Attorneys for Defendant |
| | | PENTAIR VALVES & CONTROLS, LLC |

- 7 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **K&L GATES, LLP** |
| 2 | | |
| 3 | | By: /s/ *Michele Barnes* |
| 4 | | Michele Barnes, Esq. |
| 5 | | Jonathan Theonugraha, Esq. <br> Attorneys for Defendant |
| 6 | | RUGGLES-KLINGEMANN MANUFACTURING CO. |
| 7 | | |
| 8 | | |
| 9 | Dated: September 3, 2017 | **K&L GATES, LLP** |
| 10 | | |
| 11 | | By: */s/ Michele Barnes* |
| 12 | | Michele Barnes, Esq. <br> Jonathan Theonugraha, Esq. |
| 13 | | Attorneys for Defendant |
| 14 | | SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED D COMPANY |
| 15 | | |
| 16 | | |
| 17 | Dated: September 3, 2017 | **GORDON & REES SCULLY MANSUKHANI, LLP** |
| 18 | | |
| 19 | | By: /s/ *Michael J. Pietrykowski* |
| 20 | | Michael J. Pietrykowski, Esq. <br> Molly McKay Williams. Esq. |
| 21 | | Attorneys for Defendant <br> SIEMENS INDUSTRY, INC. FKA SIEMENS |
| 22 | | ENERGY AND AUTOMATION, INC. sued |
| 23 | | incorrectly as parent, alter ego and successor-in-interest to Ite Circuit Breaker Co. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | | |
|---|---|---|---|
| 1 | Dated: September 3, 2017 | **BURNHAM BROWN** | |
| 2 | | | |
| 3 | | By: | /s/ *Richard J. Finn* |
| 4 | | | Richard J. Finn, Esq. |
| 5 | | | Rohit A. Sabnis, Esq.<br>Attorneys for Defendant |
| 6 | | | TATE ANDALE, INC. |

Dated: September 3, 2017       **SCHIFF HARDIN LLP**

By:       /s/ *Jean L. Bertrand*
          Jean L. Bertrand, Esq.
          Grayson W. Marshall III, Esqs.
          Attorneys for Defendant
          TUTHILL CORPORATION

Dated: September 3, 2017       **DENTON US LLP**

By:       /s/ *Lisa L. Oberg*
          Lisa L. Oberg, Esq.
          Arlene C. Barton, Esq.
          Attorneys for Defendant
          VELAN VALVE CORP.

Dated: September 3, 2017       **TUCKER ELLIS LLP**

By:       /s/ *James P. Cunningham*
          James P. Cunningham, Esq.
          Attorneys for Defendant
          WARREN PUMPS

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.

| | | |
|---|---|---|
| Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** | |
| | By: | /s/ *Arturo Sandoval* |
| | | Arturo Sandoval, Esq. |
| | | Khaled Taqi-Eddin, Esq. |
| | | Attorneys for Defendant |
| | | THE WM. POWELL COMPANY |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **JACKSON JENKINS RENSTROM LLP** | |
| | By: | /s/ *Peter K. Renstrom* |
| | | Peter K. Renstrom, Esq. |
| | | Gregory E. Ebstein, Esq. |
| | | Attorneys for Defendant |
| | | VIKING PUMP, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2017

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

Honorable Phyllis J. Hamilton
United States District Court Judge

- 10 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ALLIED FLUID PRODUCTS CORP.