LAUREL L. SIMES, ESQ. (SBN 134637)
MAHZAD K. HITE, ESQ. (SBN 283043)
CECIL B. CRAIN, ESQ. (SBN 252780)
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, California 94104
Telephone:     (415) 426-3000
Facsimile:      (415) 426-3001
llsimes@levinsimes.com
mhite@levinsimes.com
ccrain@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al.,<br><br>                              Plaintiffs,<br><br>            vs.<br><br>CRANE CO., et al.,<br><br>                              Defendants. | Case No. 17-cv-02228-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ARMSTRONG INTERNATIONAL, INC.**<br><br>The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br>Oakland, CA |

## STIPULATION OF THE PARTIES

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Armstrong

International, Inc., through their counsel of record, hereby stipulate that all claims against <u>only</u>

Armstrong International, Inc. may be dismissed without prejudice pursuant to Federal Rules of

Civil Procedure 41(a)(1)(A). The parties

further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017          **LEVIN SIMES LLP**

By:      */s/ Mahzad K. Hite*
William A. Levin, Esq.
Cecil B. Crain, Esq.
Mahzad K. Hite, Esq.
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | Dated: September 3, 2017 |
| 2 | |

Dated: September 3, 2017      **LOW BALL & LYNCH**

By:    /s/ *Sonja Blomquist*
        Sonja Blomquist, Esq.
        Catherine Golden, Esq.
        Attorneys for Defendant
        ARMSTRONG INTERNATIONAL, INC.

Dated: September 3, 2017      **IMAI, TADLOCK, KEENEY & CORDERY LLP**

By:    /s/ *Theodore Cordery*
        Theodore Cordery, Esq.
        Stephen Carlson, Esq.
        Attorneys for Defendant
        ALLIED FLUID PRODUCTS CORP. FKA ALLIED
        PACKING & SUPPLY, INC.

Dated: September 3, 2017      **FOLEY & MANSFIELD**

By:    /s/ *Arturo Sandoval*
        Arturo Sandoval, Esq.
        Dennis Young
        Attorneys for Defendant
        ALFA LAVAL, INC.

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

| | |
|---|---|
| Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |

By:    /s/ *Gary D. Sharp*
Gary D. Sharp, Esq,
T. Eric Sun, Esq.
Attorneys for Defendant
AUTOMATIC SWITCH COMPANY
INDIVIDUALLY AND AS PARENT ALTER EGO
AND SUCCESSOR-IN-INTEREST TO ASCO
VALVES, INC.

Dated: September 3, 2017     **HAWKINS PARNELL THACKSTON & YOUNG LLP**

By:    /s/ *Ana Portillo*
Ana Portillo, Esq.
Jeffrey Thayer, Esq.
Attorneys for Defendant
BALDOR ELECTRIC COMPANY

Dated: September 3, 2017     **FOLEY & MANSFIELD PLLP**

By:    /s/ *Gary D. Sharp*
Gary D. Sharp, Esq.
Jennifer M. McCormick, Esq.
Attorneys for Defendant
CLEAVER-BROOKS, INC.

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

| | |
|---|---|
| Dated: September 3, 2017 | **K&L GATES LLP** |

By:      /s/ *Michele Barnes*

Michele Barnes, Esq.
Peter Soskin, Esq.
Attorneys for Defendant
CRANE CO.

| | |
|---|---|
| Dated: September 3, 2017 | **POND NORTH** |

By:           /s/ *Nilufar K. Majd*

Nilufar K. Majd, Esq.
Attorneys for Defendant
EATON HYDRAULICS, LLC

| | |
|---|---|
| Dated: September 3, 2017 | **MORGAN, LEWIS & BOCKIUS LLP** |

By:           /s/ *Joseph Duffy*

Joseph Duffy, Esq.
Amy Talarico, Esq.
Michael Eagan, Esq.
Attorneys for Defendant
GOULDS PUMPS, INC. now known as GOULDS
PUMPS LLC

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

1    Dated:  September 3, 2017          **ONGARO PC**

2

3                                       By:      /s/ *David R. Ongaro*

4                                                David R. Ongaro, Esq.
                                                 Kirsten McNelly Bibbes, Esq.
5                                                Kenneth Natelborg, Esq.
                                                 Attorneys for Defendant
6                                                 HONEYWELL INTERNATIOAL, INC. f/k/a
                                                  AlliedSignal, Inc., Successor-in-Interest to The
7                                                 Bendix Corporation

8

9

10   Dated:  September 3, 2017          **LEADER & BERKON, LLP**

11

12                                      By:      /s/ *Bobbie Bailey*

13                                               Bobbie Bailey, Esq.
                                                 Frederick Gatt, Esq.
14                                               Attorneys for Defendant
                                                 IMO INDUSTRIES, INC.

15

16

17   Dated:  September 3, 2017          **BECHERER KANNETT & SCHWEITZER**

18

19                                      By:      /s/ *Paul S. Lecky*

20                                               Paul S. Lecky, Esq.
                                                 Mark Kannett, Esq.
21                                               Attorneys for Defendant
                                                 JOHNSON CONTROLS, INC.

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
- 5 -      INTERNATIONAL, INC.

Dated: September 3, 2017      **FOLEY & MANSFIELD PLLP**

By:     /s/ *Gary D. Sharp*

Gary D. Sharp, Esq.
T. Eric Sun, Esq.
Attorneys for Defendant
KUNKLE INDUSTRIES, INC.


Dated: September 3, 2017      **BECHERER KANNETT & SCHWEITZER**

By:     /s/ *Emily Bergstrom*

Emily Bergstrom, Esq.
Mark S. Kannett, Esq.
Attorneys for Defendant
M. SLAYEN AND ASSOCIATES, INC.


Dated: September 3, 2017      **WFBM, LLP**

By:     */s/ Katherine P. Gardiner*

Katherine P. Gardiner, Esq.
Michael J. Beler, Esq.
Attorneys for MCWANE, INC., erroneously sued
herein as MCWANE, INC., individually and as
parent, alter ego and successor-in-interest to Clow
Valve Company and Greenberg Valves

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

Dated:  September 3, 2017          **BASSI EDLIN HUIE & BLUM**


                                    By:     */s/ Marte Bassi*
                                            Marte Bassi, Eesq.
                                            Joseph B. Adams, Esq.
                                            E. Reno Cross, Esq.
                                            Marilen Garcia, Esq.
                                            Attorneys for Defendant
                                            PARKER HANNIFIN CORPORATION
                                            INDIVIDUALLY AND AS SUCCESSOR-IN-
                                            INTEREST TO SACOMO SIERRA AND
                                            SACOMO MANUFACTURING COMPANY



Dated:  September 3, 2017          **FOLEY & MANSFIELD PLLP**


                                    By:     */s/ Gary D. Sharp*
                                            Gary D. Sharp, Esq.
                                            T. Eric Sun, Esq.
                                            Attorneys for Defendant
                                            PENTAIR VALVES & CONTROLS, LLC



Dated:  September 3, 2017          **K&L GATES, LLP**


                                    By:     /s/ *Michele Barnes*
                                            Michele Barnes, Esq.
                                            Jonathan Theonugraha, Esq.
                                            Attorneys for Defendant
                                            RUGGLES-KLINGEMANN    MANUFACTURING
                                            CO.

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **K&L GATES, LLP** |
| 2 | | |
| 3 | | By: */s/ Michele Barnes* |
| 4 | | Michele Barnes, Esq. |
| 5 | | Jonathan Theonugraha, Esq.<br>Attorneys for Defendant |
| 6 | | SCHNEIDER ELECTRIC USA, INC. f/k/a<br>SQUARED D COMPANY |
| 7 | | |
| 8 | | |
| 9 | Dated: September 3, 2017 | **GORDON & REES SCULLY MANSUKHANI, LLP** |
| 10 | | |
| 11 | | By: /s/ *Michael J. Pietrykowski* |
| 12 | | Michael J. Pietrykowski, Esq.<br>Molly McKay Williams. Esq. |
| 13 | | Attorneys for Defendant<br>SIEMENS INDUSTRY, INC. FKA SIEMENS |
| 14 | | ENERGY AND AUTOMATION, INC. sued |
| 15 | | incorrectly as parent, alter ego and successor-in-<br>interest to Ite Circuit Breaker Co. |
| 16 | | |
| 17 | | |
| 18 | Dated: September 3, 2017 | **BURNHAM BROWN** |
| 19 | | |
| 20 | | By: /s/ *Richard J. Finn* |
| 21 | | Richard J. Finn, Esq.<br>Rohit A. Sabnis, Esq. |
| 22 | | Attorneys for Defendant<br>TATE ANDALE, INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 8 -

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.

Dated: September 3, 2017          **SCHIFF HARDIN LLP**

By:     /s/ *Jean L. Bertrand*
        Jean L. Bertrand, Esq.
        Grayson W. Marshall III, Esqs.
        Attorneys for Defendant
        TUTHILL CORPORATION

Dated: September 3, 2017          **DENTON US LLP**

By:     /s/ *Lisa L. Oberg*
        Lisa L. Oberg, Esq.
        Arlene C. Barton, Esq.
        Attorneys for Defendant
        VELAN VALVE CORP.

Dated: September 3, 2017          **TUCKER ELLIS LLP**

By:     */s/ James P. Cunningham*
        James P. Cunningham, Esq.
        Attorneys for Defendant
        WARREN PUMPS

Dated: September 3, 2017          **FOLEY & MANSFIELD PLLP**

By:     /s/ *Arturo Sandoval*
        Arturo Sandoval, Esq.
        Khaled Taqi-Eddin, Esq.
        Attorneys for Defendant
        THE WM. POWELL COMPANY

- 9 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF ARMSTRONG INTERNATIONAL, INC.

Dated: September 3, 2017          **JACKSON JENKINS RENSTROM LLP**


By:     /s/ *Peter K. Renstrom*
        Peter K. Renstrom, Esq.
        Gregory E. Ebstein, Esq.
        Attorneys for Defendant
        VIKING PUMP, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: September 7, 2017

Honorable Phyllis J. Hamilton
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF ARMSTRONG
INTERNATIONAL, INC.