1  LAUREL L. SIMES, ESQ. (SBN 134637)
   MAHZAD K. HITE, ESQ. (SBN 283043)
2  CECIL B. CRAIN, ESQ. (SBN 252780)
   LEVIN SIMES LLP
3  44 Montgomery Street, 32nd Floor
   San Francisco, California 94104
4  Telephone:   (415) 426-3000
   Facsimile:   (415) 426-3001
5  llsimes@levinsimes.com
   mhite@levinsimes.com
6  ccrain@levinsimes.com

7  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>                    Defendants. | Case No. 17-cv-02228-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BALDOR ELECTRIC COMPANY**<br><br>The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br>Oakland, CA |

## **STIPULATION OF THE PARTIES**

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Baldor Electric company, through their counsel of record, hereby stipulate that all claims against <u>only</u> Baldor Electric Company may be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017        **LEVIN SIMES LLP**

                                By:   */s/ Mahzad K. Hite*
                                      William A. Levin, Esq.
                                      Cecil B. Crain, Esq.
                                      Mahzad K. Hite, Esq.
                                      Attorneys for Plaintiffs

924117_1

- 1 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF BALDOR ELECTRIC COMPANY

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |

By:  /s/ *Ana Portillo*
Ana Portillo, Esq.
Jeffrey Thayer, Esq.
Attorneys for Defendant
BALDOR ELECTRIC COMPANY

Dated: September 3, 2017    **IMAI, TADLOCK, KEENEY & CORDERY LLP**

By:  /s/ *Theodore Cordery*
Theodore Cordery, Esq.
Stephen Carlson, Esq.
Attorneys for Defendant
ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC.

Dated: September 3, 2017    **FOLEY & MANSFIELD**

By:  /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Dennis Young
Attorneys for Defendant
ALFA LAVAL, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **LOW BALL & LYNCH** |
| 2 | | |
| 3 | | By: /s/ *Sonja Blomquist* |
| 4 | | Sonja Blomquist, Esq. |
| 5 | | Catherine Golden, Esq.<br>Attorneys for Defendant |
| 6 | | ARMSTRONG INTERNATIONAL, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ *Gary D. Sharp*<br>Gary D. Sharp, Esq, |
| 12 | | T. Eric Sun, Esq.<br>Attorneys for Defendant |
| 13 | | AUTOMATIC SWITCH COMPANY<br>INDIVIDUALLY AND AS PARENT ALTER EGO |
| 14 | | AND SUCCESSOR-IN-INTEREST TO ASCO<br>VALVES, INC. |
| 15 | | |
| 16 | | |
| 17 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 18 | | |
| 19 | | By: /s/ *Gary D. Sharp* |
| 20 | | Gary D. Sharp, Esq.<br>Jennifer M. McCormick, Esq. |
| 21 | | Attorneys for Defendant<br>CLEAVER-BROOKS, INC. |
| 22 | | |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **K&L GATES LLP** | |
| | By: | /s/ *Michele Barnes* |
| | | Michele Barnes, Esq. |
| | | Peter Soskin, Esq. |
| | | Attorneys for Defendant |
| | | CRANE CO. |
| Dated: September 3, 2017 | **POND NORTH** | |
| | By: | /s/ *Nilufar K. Majd* |
| | | Nilufar K. Majd, Esq. |
| | | Attorneys for Defendant |
| | | EATON HYDRAULICS, LLC |
| Dated: September 3, 2017 | **MORGAN, LEWIS & BOCKIUS LLP** | |
| | By: | /s/ *Joseph Duffy* |
| | | Joseph Duffy, Esq. |
| | | Amy Talarico, Esq. |
| | | Michael Eagan, Esq. |
| | | Attorneys for Defendant |
| | | GOULDS PUMPS, INC. now known as GOULDS PUMPS LLC |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **ONGARO PC** |

By: /s/ *David R. Ongaro*
David R. Ongaro, Esq.
Kirsten McNelly Bibbes, Esq.
Kenneth Natelborg, Esq.
Attorneys for Defendant
HONEYWELL INTERNATIOAL, INC. f/k/a
AlliedSignal, Inc., Successor-in-Interest to The
Bendix Corporation

Dated: September 3, 2017    **LEADER & BERKON, LLP**

By: /s/ *Bobbie Bailey*
Bobbie Bailey, Esq.
Frederick Gatt, Esq.
Attorneys for Defendant
IMO INDUSTRIES, INC.

Dated: September 3, 2017    **BECHERER KANNETT & SCHWEITZER**

By: /s/ *Paul S. Lecky*
Paul S. Lecky, Esq.
Mark Kannett, Esq.
Attorneys for Defendant
JOHNSON CONTROLS, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 2 | | |
| 3 | | By:  /s/ *Gary D. Sharp* |
| 4 | | Gary D. Sharp, Esq. |
| 5 | | T. Eric Sun, Esq.<br>Attorneys for Defendant |
| 6 | | KUNKLE INDUSTRIES, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 9 | | |
| 10 | | |
| 11 | | By:  /s/ *Emily Bergstrom* |
| 12 | | Emily Bergstrom, Esq.<br>Mark S. Kannett, Esq. |
| 13 | | Attorneys for Defendant<br>M. SLAYEN AND ASSOCIATES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: September 3, 2017 | **WFBM, LLP** |
| 17 | | |
| 18 | | By:  /s/ *Katherine P. Gardiner* |
| 19 | | Katherine P. Gardiner, Esq.<br>Michael J. Beler, Esq. |
| 20 | | Attorneys for MCWANE, INC., erroneously sued herein as MCWANE, INC., individually and as parent, alter ego and successor-in-interest to Clow Valve Company and Greenberg Valves |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **BASSI EDLIN HUIE & BLUM** |

By: */s/ Marte Bassi*
Marte Bassi, Eesq.
Joseph B. Adams, Esq.
E. Reno Cross, Esq.
Marilen Garcia, Esq.
Attorneys for Defendant
PARKER HANNIFIN CORPORATION
INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND
SACOMO MANUFACTURING COMPANY

Dated: September 3, 2017    **FOLEY & MANSFIELD PLLP**

By: */s/ Gary D. Sharp*
Gary D. Sharp, Esq.
T. Eric Sun, Esq.
Attorneys for Defendant
PENTAIR VALVES & CONTROLS, LLC

Dated: September 3, 2017    **K&L GATES, LLP**

By: */s/ Michele Barnes*
Michele Barnes, Esq.
Jonathan Theonugraha, Esq.
Attorneys for Defendant
RUGGLES-KLINGEMANN MANUFACTURING CO.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **K&L GATES, LLP** |
| 2 | | |
| 3 | | By: */s/ Michele Barnes* |
| 4 | | Michele Barnes, Esq. |
| 5 | | Jonathan Theonugraha, Esq.<br>Attorneys for Defendant |
| 6 | | SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED D COMPANY |
| 7 | | |
| 8 | | |
| 9 | Dated: September 3, 2017 | **GORDON & REES SCULLY MANSUKHANI, LLP** |
| 10 | | |
| 11 | | By: */s/ Michael J. Pietrykowski* |
| 12 | | Michael J. Pietrykowski, Esq.<br>Molly McKay Williams. Esq. |
| 13 | | Attorneys for Defendant<br>SIEMENS INDUSTRY, INC. FKA SIEMENS |
| 14 | | ENERGY AND AUTOMATION, INC. sued |
| 15 | | incorrectly as parent, alter ego and successor-in-interest to Ite Circuit Breaker Co. |
| 16 | | |
| 17 | | |
| 18 | Dated: September 3, 2017 | **BURNHAM BROWN** |
| 19 | | |
| 20 | | By: */s/ Richard J. Finn* |
| 21 | | Richard J. Finn, Esq. |
| 22 | | Rohit A. Sabnis, Esq.<br>Attorneys for Defendant |
| 23 | | TATE ANDALE, INC. |

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **SCHIFF HARDIN LLP** |
| 2 | | |

By: /s/ *Jean L. Bertrand*
Jean L. Bertrand, Esq.
Grayson W. Marshall III, Esqs.
Attorneys for Defendant
TUTHILL CORPORATION

Dated: September 3, 2017 **DENTON US LLP**

By: /s/ *Lisa L. Oberg*
Lisa L. Oberg, Esq.
Arlene C. Barton, Esq.
Attorneys for Defendant
VELAN VALVE CORP.

Dated: September 3, 2017 **TUCKER ELLIS LLP**

By: */s/ James P. Cunningham*
James P. Cunningham, Esq.
Attorneys for Defendant
WARREN PUMPS

Dated: September 3, 2017 **FOLEY & MANSFIELD PLLP**

By: /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Khaled Taqi-Eddin, Esq.
Attorneys for Defendant
THE WM. POWELL COMPANY

- 9 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF BALDOR ELECTRIC COMPANY

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **JACKSON JENKINS RENSTROM LLP** |

By: /s/ *Peter K. Renstrom*
Peter K. Renstrom, Esq.
Gregory E. Ebstein, Esq.
Attorneys for Defendant
VIKING PUMP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2017

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*