WILLIAM A. LEVIN, ESQ. (SBN 98592)
LAUREL L. SIMES, ESQ. (SBN 134637)
MAHZAD K. HITE, ESQ. (SBN 283043)
CECIL B. CRAIN, ESQ. (SBN 252780)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, California 94104
Telephone:      (415) 426-3000
Facsimile:       (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
mhite@levinsimes.com
ccrain@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al., | Case No. 17-cv-02228-PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC., F/K/A ALLIEDSIGNAL INC., SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION** |
| vs. | |
| CRANE CO., et al., | |
| Defendants. | The Honorable Phyllis J. Hamilton |
| | Courtroom 3, 3rd Floor |
| | Oakland, CA |

## STIPULATION OF THE PARTIES

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Honeywell International Inc., f/k/a AlliedSigna Inc., successor-in-interest to The Bendix Corporation, through their counsel of record, hereby stipulate that all claims against <u>only</u> Honeywell International Inc., f/k/a AlliedSigna Inc., successor-in-interest to The Bendix Corporation. may be dismissed without

prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017       **LEVIN SIMES LLP**

By:     */s/ Mahzad K. Hite*
        William A. Levin, Esq.
        Cecil B. Crain, Esq.
        Mahzad K. Hite, Esq.
        Attorneys for Plaintiffs

Dated: September 3, 2017       **ONGARO PC**

By:     /s/ *David R. Ongaro*
        David R. Ongaro, Esq.
        Kirsten McNelly Bibbes, Esq.
        Kenneth Natelborg, Esq.
        Attorneys for Defendant
        HONEYWELL INTERNATIOAL, INC. f/k/a
        AlliedSignal, Inc., Successor-in-Interest to The
        Bendix Corporation

Dated: September 3, 2017       **FOLEY & MANSFIELD**

By:     /s/ *Arturo Sandoval*
        Arturo Sandoval, Esq.
        Dennis Young
        Attorneys for Defendant
        ALFA LAVAL, INC.

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF HONEYWELL INTERNATIONAL

Dated: September 3, 2017   **IMAI, TADLOCK, KEENEY & CORDERY LLP**


By:   /s/ *Theodore Cordery*
      Theodore Cordery, Esq.
      Stephen Carlson, Esq.
      Attorneys for Defendant
      ALLIED FLUID PRODUCTS CORP. FKA ALLIED
      PACKING & SUPPLY, INC.


Dated: September 3, 2017   **LOW BALL & LYNCH**


By:   /s/ *Sonja Blomquist*
      Sonja Blomquist, Esq.
      Catherine Golden, Esq.
      Attorneys for Defendant
       ARMSTRONG INTERNATIONAL, INC.


Dated: September 3, 2017   **FOLEY & MANSFIELD PLLP**


By:   /s/ *Gary D. Sharp*
      Gary D. Sharp, Esq,
      T. Eric Sun, Esq.
      Attorneys for Defendant
      AUTOMATIC SWITCH COMPANY
      INDIVIDUALLY AND AS PARENT ALTER EGO
      AND SUCCESSOR-IN-INTEREST TO ASCO
      VALVES, INC.

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

Dated: September 3, 2017    **HAWKINS PARNELL THACKSTON & YOUNG LLP**


By:    /s/ *Ana Portillo*
       Ana Portillo, Esq.
       Jeffrey Thayer, Esq.
       Attorneys for Defendant
       BALDOR ELECTRIC COMPANY


Dated: September 3, 2017    **FOLEY & MANSFIELD PLLP**


By:    /s/ *Gary D. Sharp*
       Gary D. Sharp, Esq.
       Jennifer M. McCormick, Esq.
       Attorneys for Defendant
       CLEAVER-BROOKS, INC.


Dated: September 3, 2017    **K&L GATES LLP**


By:    /s/ *Michele Barnes*
       Michele Barnes, Esq.
       Peter Soskin, Esq.
       Attorneys for Defendant
       CRANE CO.


Dated: September 3, 2017    **POND NORTH**


By:    /s/ *Nilufar K. Majd*
       Nilufar K. Majd, Esq.
       Attorneys for Defendant
       EATON HYDRAULICS, LLC

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

Dated: September 3, 2017      **MORGAN, LEWIS & BOCKIUS LLP**

By:        /s/ *Joseph Duffy*
           Joseph Duffy, Esq.
           Amy Talarico, Esq.
           Michael Eagan, Esq.
           Attorneys for Defendant
           GOULDS PUMPS, INC. now known as GOULDS
           PUMPS LLC

Dated: September 3, 2017      **LEADER & BERKON, LLP**

By:        /s/ *Bobbie Bailey*
           Bobbie Bailey, Esq.
           Frederick Gatt, Esq.
           Attorneys for Defendant
           IMO INDUSTRIES, INC.

Dated: September 3, 2017      **BECHERER KANNETT & SCHWEITZER**

By:        /s/ *Paul S. Lecky*
           Paul S. Lecky, Esq.
           Mark Kannett, Esq.
           Attorneys for Defendant
           JOHNSON CONTROLS, INC.

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

| | | |
|---|---|---|
| 1 | Dated:  September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 2 | | |
| 3 | | By:  /s/ *Gary D. Sharp* |
| 4 | | Gary D. Sharp, Esq. |
| 5 | | T. Eric Sun, Esq.<br>Attorneys for Defendant |
| 6 | | KUNKLE INDUSTRIES, INC. |
| 7 | | |
| 8 | Dated:  September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 9 | | |
| 10 | | |
| 11 | | By:  /s/ *Emily Bergstrom* |
| 12 | | Emily Bergstrom, Esq.<br>Mark S. Kannett, Esq. |
| 13 | | Attorneys for Defendant<br>M. SLAYEN AND ASSOCIATES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated:  September 3, 2017 | **WFBM, LLP** |
| 17 | | |
| 18 | | By:  /s/ *Katherine P. Gardiner* |
| 19 | | Katherine P. Gardiner, Esq.<br>Michael J. Beler, Esq. |
| 20 | | Attorneys for MCWANE, INC., erroneously sued<br>herein as MCWANE, INC., individually and as |
| 21 | | parent, alter ego and successor-in-interest to Clow<br>Valve Company and Greenberg Valves |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF HONEYWELL INTERNATIONAL

1    Dated:  September 3, 2017              **BASSI EDLIN HUIE & BLUM**

2

3                                          By:     /s/ Marte Bassi

4                                                  Marte Bassi, Eesq.
                                                   Joseph B. Adams, Esq.
5                                                  E. Reno Cross, Esq.
                                                   Marilen Garcia, Esq.
6                                                  Attorneys for Defendant
                                                   PARKER HANNIFIN CORPORATION
7                                                  INDIVIDUALLY AND AS SUCCESSOR-IN-
                                                   INTEREST TO SACOMO SIERRA AND
8                                                  SACOMO MANUFACTURING COMPANY

9

10

11   Dated:  September 3, 2017              **FOLEY & MANSFIELD PLLP**

12

13                                         By:     /s/ Gary D. Sharp

14                                                 Gary D. Sharp, Esq.
                                                   T. Eric Sun, Esq.
15                                                 Attorneys for Defendant
                                                   PENTAIR VALVES & CONTROLS, LLC
16

17

18   Dated:  September 3, 2017              **K&L GATES, LLP**

19

20

21                                         By:     /s/ Michele Barnes

22                                                 Michele Barnes, Esq.
                                                   Jonathan Theonugraha, Esq.
23                                                 Attorneys for Defendant
                                                   RUGGLES-KLINGEMANN   MANUFACTURING
24                                                 CO.

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

Dated: September 3, 2017 **K&L GATES, LLP**

By: _/s/ Michele Barnes_
    Michele Barnes, Esq.
    Jonathan Theonugraha, Esq.
    Attorneys for Defendant
    SCHNEIDER   ELECTRIC   USA,   INC.   f/k/a
    SQUARED D COMPANY

Dated: September 3, 2017 **GORDON & REES SCULLY MANSUKHANI, LLP**

By: /s/ _Michael J. Pietrykowski_
    Michael J. Pietrykowski, Esq.
    Molly McKay Williams. Esq.
    Attorneys for Defendant
    SIEMENS INDUSTRY, INC. FKA SIEMENS
    ENERGY AND AUTOMATION, INC. sued
    incorrectly as parent, alter ego and successor-in-
    interest to Ite Circuit Breaker Co.

Dated: September 3, 2017 **BURNHAM BROWN**

By: /s/ _Richard J. Finn_
    Richard J. Finn, Esq.
    Rohit A. Sabnis, Esq.
    Attorneys for Defendant
    TATE ANDALE, INC.

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

Dated:  September 3, 2017      **SCHIFF HARDIN LLP**

By:     /s/ *Jean L. Bertrand*
          Jean L. Bertrand, Esq.
          Grayson W. Marshall III, Esqs.
          Attorneys for Defendant
          TUTHILL CORPORATION

Dated:  September 3, 2017      **DENTON US LLP**

By:     /s/ *Lisa L. Oberg*
          Lisa L. Oberg, Esq.
          Arlene C. Barton, Esq.
          Attorneys for Defendant
          VELAN VALVE CORP.

Dated:  September 3, 2017      **TUCKER ELLIS LLP**

By:     /s/ *James P. Cunningham*
          James P. Cunningham, Esq.
          Attorneys for Defendant
          WARREN PUMPS

Dated:  September 3, 2017      **FOLEY & MANSFIELD PLLP**

By:     /s/ *Arturo Sandoval*
          Arturo Sandoval, Esq.
          Khaled Taqi-Eddin, Esq.
          Attorneys for Defendant
          THE WM. POWELL COMPANY

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL

Dated:  September 3, 2017               **JACKSON JENKINS RENSTROM LLP**


                              By:     /s/ *Peter K. Renstrom*
                                      Peter K. Renstrom, Esq.
                                      Gregory E. Ebstein, Esq.
                                      Attorneys for Defendant
                                      VIKING PUMP, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: September 7, 2017               _____
                                       Honorable Phyllis J. Hamilton
                                       United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF HONEYWELL
INTERNATIONAL