WILLIAM A. LEVIN, ESQ. (SBN 98592)
LAUREL L. SIMES, ESQ. (SBN 134637)
MAHZAD K. HITE, ESQ. (SBN 283043)
CECIL B. CRAIN, ESQ. (SBN 252780)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, California 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
mhite@levinsimes.com
ccrain@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CRANE CO., et al., <br><br> Defendants. | Case No. 17-cv-02228-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT M. SLAYEN AND ASSOCIATES, INC.** <br><br> The Honorable Phyllis J. Hamilton <br> Courtroom 3, 3rd Floor <br> Oakland, CA |

## **STIPULATION OF THE PARTIES**

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant M. Slayen and Associates, Inc., through their counsel of record, hereby stipulate that all claims against <u>only</u> M. Slayen and Associates, Inc. may be dismissed without prejudice pursuant to Federal Rules of

///

///

923898_1

- 1 -

STIPULATION AND PROPOSED ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

Civil Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

    **IT IS SO STIPULATED.**

DATED: September 3, 2017     **LEVIN SIMES LLP**

    By:   /s/ *Mahzad K. Hite*
           William A. Levin, Esq.
           Cecil B. Crain, Esq.
           Mahzad K. Hite, Esq.
           Attorneys for Plaintiffs

Dated: September 3, 2017     **BECHERER KANNETT & SCHWEITZER**

    By:   /s/ *Emily Bergstrom*
           Emily Bergstrom, Esq.
           Mark S. Kannett, Esq.
           Attorneys for Defendant
           M. SLAYEN AND ASSOCIATES, INC.

Dated: September 3, 2017     **FOLEY & MANSFIELD**

    By:   /s/ *Arturo Sandoval*
           Arturo Sandoval, Esq.
           Dennis Young
           Attorneys for Defendant
           ALFA LAVAL, INC.

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **IMAI, TADLOCK, KEENEY & CORDERY LLP** |
| | By: | /s/ *Theodore Cordery* |
| | | Theodore Cordery, Esq. |
| | | Stephen Carlson, Esq. |
| | | Attorneys for Defendant |
| | | ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC. |
| Dated: September 3, 2017 | | **LOW BALL & LYNCH** |
| | By: | /s/ *Sonja Blomquist* |
| | | Sonja Blomquist, Esq. |
| | | Catherine Golden, Esq. |
| | | Attorneys for Defendant |
| | | ARMSTRONG INTERNATIONAL, INC. |
| Dated: September 3, 2017 | | **FOLEY & MANSFIELD PLLP** |
| | By: | /s/ *Gary D. Sharp* |
| | | Gary D. Sharp, Esq, |
| | | T. Eric Sun, Esq. |
| | | Attorneys for Defendant |
| | | AUTOMATIC SWITCH COMPANY INDIVIDUALLY AND AS PARENT ALTER EGO AND SUCCESSOR-IN-INTEREST TO ASCO VALVES, INC. |

- 3 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |

By:  /s/ *Ana Portillo*
Ana Portillo, Esq.
Jeffrey Thayer, Esq.
Attorneys for Defendant
BALDOR ELECTRIC COMPANY

Dated: September 3, 2017     **FOLEY & MANSFIELD PLLP**

By:  /s/ *Gary D. Sharp*
Gary D. Sharp, Esq.
Jennifer M. McCormick, Esq.
Attorneys for Defendant
CLEAVER-BROOKS, INC.

Dated: September 3, 2017     **K&L GATES LLP**

By:  /s/ *Michele Barnes*
Michele Barnes, Esq.
Peter Soskin, Esq.
Attorneys for Defendant
CRANE CO.

Dated: September 3, 2017     **POND NORTH**

By:  /s/ *Nilufar K. Majd*
Nilufar K. Majd, Esq.
Attorneys for Defendant
EATON HYDRAULICS, LLC

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

Dated: September 3, 2017　　　**MORGAN, LEWIS & BOCKIUS LLP**

By:　　/s/ *Joseph Duffy*
　　　Joseph Duffy, Esq.
　　　Amy Talarico, Esq.
　　　Michael Eagan, Esq.
　　　Attorneys for Defendant
　　　GOULDS PUMPS, INC. now known as GOULDS PUMPS LLC

Dated: September 3, 2017　　　**ONGARO PC**

By:　　/s/ *David R. Ongaro*
　　　David R. Ongaro, Esq.
　　　Kirsten McNelly Bibbes, Esq.
　　　Kenneth Natelborg, Esq.
　　　Attorneys for Defendant
　　　HONEYWELL INTERNATIOAL, INC. f/k/a
　　　AlliedSignal, Inc., Successor-in-Interest to The
　　　Bendix Corporation

Dated: September 3, 2017　　　**LEADER & BERKON, LLP**

By:　　/s/ *Bobbie Bailey*
　　　Bobbie Bailey, Esq.
　　　Frederick Gatt, Esq.
　　　Attorneys for Defendant
　　　IMO INDUSTRIES, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 2 | | |
| 3 | | By: /s/ *Paul S. Lecky* |
| 4 | | Paul S. Lecky, Esq. |
| 5 | | Mark Kannett, Esq. |
| | | Attorneys for Defendant |
| 6 | | JOHNSON CONTROLS, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ *Gary D. Sharp* |
| | | Gary D. Sharp, Esq. |
| 12 | | T. Eric Sun, Esq. |
| 13 | | Attorneys for Defendant |
| | | KUNKLE INDUSTRIES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: September 3, 2017 | **WFBM, LLP** |
| 17 | | |
| 18 | | By: /s/ *Katherine P. Gardiner* |
| | | Katherine P. Gardiner, Esq. |
| 19 | | Michael J. Beler, Esq. |
| 20 | | Attorneys for MCWANE, INC., erroneously sued herein as MCWANE, INC., individually and as parent, alter ego and successor-in-interest to Clow Valve Company and Greenberg Valves |

- 6 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **BASSI EDLIN HUIE & BLUM** |
| | By: | */s/ Marte Bassi* |
| | | Marte Bassi, Eesq. |
| | | Joseph B. Adams, Esq. |
| | | E. Reno Cross, Esq. |
| | | Marilen Garcia, Esq. |
| | | Attorneys for Defendant |
| | | PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY |
| Dated: September 3, 2017 | | **FOLEY & MANSFIELD PLLP** |
| | By: | */s/ Gary D. Sharp* |
| | | Gary D. Sharp, Esq. |
| | | T. Eric Sun, Esq. |
| | | Attorneys for Defendant |
| | | PENTAIR VALVES & CONTROLS, LLC |
| Dated: September 3, 2017 | | **K&L GATES, LLP** |
| | By: | */s/ Michele Barnes* |
| | | Michele Barnes, Esq. |
| | | Jonathan Theonugraha, Esq. |
| | | Attorneys for Defendant |
| | | RUGGLES-KLINGEMANN MANUFACTURING CO. |

- 7 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

| | | |
|---|---|---|
| Dated: September 3, 2017 | **K&L GATES, LLP** | |
| | By: | */s/ Michele Barnes*<br>Michele Barnes, Esq.<br>Jonathan Theonugraha, Esq.<br>Attorneys for Defendant<br>SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED D COMPANY |
| Dated: September 3, 2017 | **GORDON & REES SCULLY MANSUKHANI, LLP** | |
| | By: | /s/ *Michael J. Pietrykowski*<br>Michael J. Pietrykowski, Esq.<br>Molly McKay Williams. Esq.<br>Attorneys for Defendant<br>SIEMENS INDUSTRY, INC. FKA SIEMENS ENERGY AND AUTOMATION, INC. sued incorrectly as parent, alter ego and successor-in-interest to Ite Circuit Breaker Co. |
| Dated: September 3, 2017 | **BURNHAM BROWN** | |
| | By: | /s/ *Richard J. Finn*<br>Richard J. Finn, Esq.<br>Rohit A. Sabnis, Esq.<br>Attorneys for Defendant<br>TATE ANDALE, INC. |

- 8 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.

| | | |
|---|---|---|
| Dated: September 3, 2017 | **SCHIFF HARDIN LLP** | |

By: /s/ *Jean L. Bertrand*
Jean L. Bertrand, Esq.
Grayson W. Marshall III, Esqs.
Attorneys for Defendant
TUTHILL CORPORATION

Dated: September 3, 2017  **DENTON US LLP**

By: /s/ *Lisa L. Oberg*
Lisa L. Oberg, Esq.
Arlene C. Barton, Esq.
Attorneys for Defendant
VELAN VALVE CORP.

Dated: September 3, 2017  **TUCKER ELLIS LLP**

By: */s/ James P. Cunningham*
James P. Cunningham, Esq.
Attorneys for Defendant
WARREN PUMPS

Dated: September 3, 2017  **FOLEY & MANSFIELD PLLP**

By: /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Khaled Taqi-Eddin, Esq.
Attorneys for Defendant
THE WM. POWELL COMPANY

Dated: September 3, 2017            **JACKSON JENKINS RENSTROM LLP**

By:     /s/ *Peter K. Renstrom*
        Peter K. Renstrom, Esq.
        Gregory E. Ebstein, Esq.
        Attorneys for Defendant
        VIKING PUMP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2017            _____
                                    Honorable Phyllis J. Hamilton
                                    United States District Court Judge

- 10 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF M. SLAYEN AND ASSOCIATES, INC.