| | |
|---|---|
| 1 | WILLIAM A. LEVIN, ESQ. (SBN 98592) |
| 2 | LAUREL L. SIMES, ESQ. (SBN 134637) |
| | MAHZAD K. HITE, ESQ. (SBN 283043) |
| 3 | CECIL B. CRAIN, ESQ. (SBN 252780) |
| | **LEVIN SIMES LLP** |
| 4 | 44 Montgomery Street, 32nd Floor |
| | San Francisco, California 94104 |
| 5 | Telephone: (415) 426-3000 |
| | Facsimile: (415) 426-3001 |
| 6 | wlevin@levinsimes.com |
| | llsimes@levinsimes.com |
| 7 | mhite@levinsimes.com |
| | ccrain@levinsimes.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al., | Case No. 17-cv-02228-PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT PARKER-HANNIFIN CORPORATION** |
| vs. | |
| CRANE CO., et al., | The Honorable Phyllis J. Hamilton |
| Defendants. | Courtroom 3, 3rd Floor |
| | Oakland, CA |

## STIPULATION OF THE PARTIES

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Parker-Hannifin Corporation, through their counsel of record, hereby stipulate that all claims against only Parker-Hannifin Corporation, Inc. may be dismissed with prejudice pursuant to Federal Rules of Civil

///

///

923900_1

- 1 -

STIPULATION AND PROPOSED ORDER OF DWP OF PARKER-HANNIFIN CORPORATION

///

Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017        **LEVIN SIMES LLP**

By:   /s/ *Mahzad K. Hite*
      William A. Levin, Esq.
      Cecil B. Crain, Esq.
      Mahzad K. Hite, Esq.
      Attorneys for Plaintiffs


Dated:  September 3, 2017       **BASSI EDLIN HUIE & BLUM**

By:   /s/ *Marte Bassi*
      Marte Bassi, Eesq.
      Joseph B. Adams, Esq.
      E. Reno Cross, Esq.
      Marilen Garcia, Esq.
      Attorneys for Defendant
      PARKER HANNIFIN CORPORATION
      INDIVIDUALLY AND AS SUCCESSOR-IN-
      INTEREST TO SACOMO SIERRA AND
      SACOMO MANUFACTURING COMPANY


Dated:  September 3, 2017       **FOLEY & MANSFIELD**

By:   /s/ *Arturo Sandoval*
      Arturo Sandoval, Esq.
      Dennis Young
      Attorneys for Defendant
      ALFA LAVAL, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **IMAI, TADLOCK, KEENEY & CORDERY LLP** |
| 2 | | |
| 3 | | By: /s/ *Theodore Cordery* |
| 4 | | Theodore Cordery, Esq. |
| 5 | | Stephen Carlson, Esq.<br>Attorneys for Defendant |
| 6 | | ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: September 3, 2017 | **LOW BALL & LYNCH** |
| 10 | | |
| 11 | | By: /s/ *Sonja Blomquist* |
| 12 | | Sonja Blomquist, Esq. |
| 13 | | Catherine Golden, Esq.<br>Attorneys for Defendant |
| 14 | | ARMSTRONG INTERNATIONAL, INC. |
| 15 | | |
| 16 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ *Gary D. Sharp* |
| 20 | | Gary D. Sharp, Esq,<br>T. Eric Sun, Esq. |
| 21 | | Attorneys for Defendant<br>AUTOMATIC SWITCH COMPANY |
| 22 | | INDIVIDUALLY AND AS PARENT ALTER EGO<br>AND SUCCESSOR-IN-INTEREST TO ASCO |
| 23 | | VALVES, INC. |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |
| | By: | /s/ *Ana Portillo* |
| | | Ana Portillo, Esq. |
| | | Jeffrey Thayer, Esq. |
| | | Attorneys for Defendant |
| | | BALDOR ELECTRIC COMPANY |

Dated: September 3, 2017    **FOLEY & MANSFIELD PLLP**

By:    /s/ *Gary D. Sharp*
Gary D. Sharp, Esq.
Jennifer M. McCormick, Esq.
Attorneys for Defendant
CLEAVER-BROOKS, INC.

Dated: September 3, 2017    **K&L GATES LLP**

By:    /s/ *Michele Barnes*
Michele Barnes, Esq.
Peter Soskin, Esq.
Attorneys for Defendant
CRANE CO.

Dated: September 3, 2017    **POND NORTH**

By:    /s/ *Nilufar K. Majd*
Nilufar K. Majd, Esq.
Attorneys for Defendant
EATON HYDRAULICS, LLC

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER OF DWOP OF PARKER-HANNIFIN CORPORATION

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **MORGAN, LEWIS & BOCKIUS LLP** |

By:  /s/ *Joseph Duffy*
Joseph Duffy, Esq.
Amy Talarico, Esq.
Michael Eagan, Esq.
Attorneys for Defendant
GOULDS PUMPS, INC. now known as GOULDS PUMPS LLC

Dated: September 3, 2017    **ONGARO PC**

By:  /s/ *David R. Ongaro*
David R. Ongaro, Esq.
Kirsten McNelly Bibbes, Esq.
Kenneth Natelborg, Esq.
Attorneys for Defendant
HONEYWELL INTERNATIOAL, INC. f/k/a AlliedSignal, Inc., Successor-in-Interest to The Bendix Corporation

Dated: September 3, 2017    **LEADER & BERKON, LLP**

By:  /s/ *Bobbie Bailey*
Bobbie Bailey, Esq.
Frederick Gatt, Esq.
Attorneys for Defendant
IMO INDUSTRIES, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 2 | | |
| 3 | | By: /s/ *Paul S. Lecky* |
| 4 | | Paul S. Lecky, Esq. |
| 5 | | Mark Kannett, Esq.<br>Attorneys for Defendant |
| 6 | | JOHNSON CONTROLS, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ *Gary D. Sharp*<br>Gary D. Sharp, Esq. |
| 12 | | T. Eric Sun, Esq.<br>Attorneys for Defendant |
| 13 | | KUNKLE INDUSTRIES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 17 | | |
| 18 | | By: /s/ *Emily Bergstrom* |
| 19 | | Emily Bergstrom, Esq.<br>Mark S. Kannett, Esq. |
| 20 | | Attorneys for Defendant<br>M. SLAYEN AND ASSOCIATES, INC. |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **WFBM, LLP** | |
| | By: | */s/ Katherine P. Gardiner* |
| | | Katherine P. Gardiner, Esq. |
| | | Michael J. Beler, Esq. |
| | | Attorneys for MCWANE, INC., erroneously sued herein as MCWANE, INC., individually and as parent, alter ego and successor-in-interest to Clow Valve Company and Greenberg Valves |
| Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** | |
| | By: | */s/ Gary D. Sharp* |
| | | Gary D. Sharp, Esq. |
| | | T. Eric Sun, Esq. |
| | | Attorneys for Defendant |
| | | PENTAIR VALVES & CONTROLS, LLC |
| Dated: September 3, 2017 | **K&L GATES, LLP** | |
| | By: | /s/ *Michele Barnes* |
| | | Michele Barnes, Esq. |
| | | Jonathan Theonugraha, Esq. |
| | | Attorneys for Defendant |
| | | RUGGLES-KLINGEMANN MANUFACTURING CO. |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **K&L GATES, LLP** | |
| | By: | */s/ Michele Barnes*<br>Michele Barnes, Esq.<br>Jonathan Theonugraha, Esq.<br>Attorneys for Defendant<br>SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED D COMPANY |
| Dated: September 3, 2017 | **GORDON & REES SCULLY MANSUKHANI, LLP** | |
| | By: | /s/ *Michael J. Pietrykowski*<br>Michael J. Pietrykowski, Esq.<br>Molly McKay Williams. Esq.<br>Attorneys for Defendant<br>SIEMENS INDUSTRY, INC. FKA SIEMENS ENERGY AND AUTOMATION, INC. sued incorrectly as parent, alter ego and successor-in-interest to Ite Circuit Breaker Co. |
| Dated: September 3, 2017 | **BURNHAM BROWN** | |
| | By: | /s/ *Richard J. Finn*<br>Richard J. Finn, Esq.<br>Rohit A. Sabnis, Esq.<br>Attorneys for Defendant<br>TATE ANDALE, INC. |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **SCHIFF HARDIN LLP** |
| | By: | /s/ *Jean L. Bertrand* |
| | | Jean L. Bertrand, Esq. |
| | | Grayson W. Marshall III, Esqs. |
| | | Attorneys for Defendant |
| | | TUTHILL CORPORATION |

Dated: September 3, 2017    **DENTON US LLP**

By:    /s/ *Lisa L. Oberg*
Lisa L. Oberg, Esq.
Arlene C. Barton, Esq.
Attorneys for Defendant
VELAN VALVE CORP.

Dated: September 3, 2017    **TUCKER ELLIS LLP**

By:    */s/ James P. Cunningham*
James P. Cunningham, Esq.
Attorneys for Defendant
WARREN PUMPS

Dated: September 3, 2017    **FOLEY & MANSFIELD PLLP**

By:    /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Khaled Taqi-Eddin, Esq.
Attorneys for Defendant
THE WM. POWELL COMPANY

Dated: September 3, 2017  **JACKSON JENKINS RENSTROM LLP**

By: /s/ *Peter K. Renstrom*
Peter K. Renstrom, Esq.
Gregory E. Ebstein, Esq.
Attorneys for Defendant
VIKING PUMP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2017

Honorable Phyllis J. Hamilton
United States District Court Judge