WILLIAM A. LEVIN, ESQ. (SBN 98592)
LAUREL L. SIMES, ESQ. (SBN 134637)
MAHZAD K. HITE, ESQ. (SBN 283043)
CECIL B. CRAIN, ESQ. (SBN 252780)
**LEVIN SIMES LLP**
44 Montgomery Street, 32nd Floor
San Francisco, California 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
wlevin@levinsimes.com
llsimes@levinsimes.com
mhite@levinsimes.com
ccrain@levinsimes.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DEGUZMAN, et al., | Case No. 17-cv-02228-PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SIEMENS INDUSTRY, INC. FKA SIEMENS ENERGY AND AUTOMATION, INC.** |
| vs. | |
| CRANE CO., et al., | |
| Defendants. | The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br>Oakland, CA |

## STIPULATION OF THE PARTIES

Plaintiffs Jaime DeGuzman and Loida DeGuzman and Defendant Siemens Industry, Inc. fka Siemens Energy and Automation, Inc., through their counsel of record, hereby stipulate that all claims against only Siemens Industry, Inc. fka Siemens Energy and Automation, Inc. may be

///

///

923904_1

- 1 -

STIPULATION AND PROPOSED ORDER OF DWOP OF SIEMENS INDUSTRY, INC.

///

dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: September 3, 2017     **LEVIN SIMES LLP**

By: /s/ *Mahzad K. Hite*
William A. Levin, Esq.
Cecil B. Crain, Esq.
Mahzad K. Hite, Esq.
Attorneys for Plaintiffs

Dated: September 3, 2017     **GORDON & REES SCULLY MANSUKHANI, LLP**

By: /s/ *Michael J. Pietrykowski*
Michael J. Pietrykowski, Esq.
Molly McKay Williams. Esq.
Attorneys for Defendant
SIEMENS INDUSTRY, INC. FKA SIEMENS ENERGY AND AUTOMATION, INC. sued incorrectly as parent, alter ego and successor-in-interest to Ite Circuit Breaker Co.

Dated: September 3, 2017     **FOLEY & MANSFIELD**

By: /s/ *Arturo Sandoval*
Arturo Sandoval, Esq.
Dennis Young
Attorneys for Defendant
ALFA LAVAL, INC.

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **IMAI, TADLOCK, KEENEY & CORDERY LLP** |
| 2 | | |
| 3 | | By: /s/ *Theodore Cordery* |
| 4 | | Theodore Cordery, Esq. |
| 5 | | Stephen Carlson, Esq.<br>Attorneys for Defendant |
| 6 | | ALLIED FLUID PRODUCTS CORP. FKA ALLIED<br>PACKING & SUPPLY, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: September 3, 2017 | **LOW BALL & LYNCH** |
| 10 | | |
| 11 | | By: /s/ *Sonja Blomquist* |
| 12 | | Sonja Blomquist, Esq. |
| 13 | | Catherine Golden, Esq.<br>Attorneys for Defendant |
| 14 | | ARMSTRONG INTERNATIONAL, INC. |
| 15 | | |
| 16 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ *Gary D. Sharp*<br>Gary D. Sharp, Esq, |
| 20 | | T. Eric Sun, Esq.<br>Attorneys for Defendant |
| 21 | | AUTOMATIC SWITCH COMPANY<br>INDIVIDUALLY AND AS PARENT ALTER EGO |
| 22 | | AND SUCCESSOR-IN-INTEREST TO ASCO<br>VALVES, INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |

By:   /s/ *Ana Portillo*
Ana Portillo, Esq.
Jeffrey Thayer, Esq.
Attorneys for Defendant
BALDOR ELECTRIC COMPANY

Dated: September 3, 2017     **FOLEY & MANSFIELD PLLP**

By:   /s/ *Gary D. Sharp*
Gary D. Sharp, Esq.
Jennifer M. McCormick, Esq.
Attorneys for Defendant
CLEAVER-BROOKS, INC.

Dated: September 3, 2017     **K&L GATES LLP**

By:   /s/ *Michele Barnes*
Michele Barnes, Esq.
Peter Soskin, Esq.
Attorneys for Defendant
CRANE CO.

Dated: September 3, 2017     **POND NORTH**

By:   /s/ *Nilufar K. Majd*
Nilufar K. Majd, Esq.
Attorneys for Defendant
EATON HYDRAULICS, LLC

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF SIEMENS INDUSTRY, INC.

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By: | /s/ *Joseph Duffy* |
| | | Joseph Duffy, Esq. |
| | | Amy Talarico, Esq. |
| | | Michael Eagan, Esq. |
| | | Attorneys for Defendant |
| | | GOULDS PUMPS, INC. now known as GOULDS PUMPS LLC |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **ONGARO PC** |
| | By: | /s/ *David R. Ongaro* |
| | | David R. Ongaro, Esq. |
| | | Kirsten McNelly Bibbes, Esq. |
| | | Kenneth Natelborg, Esq. |
| | | Attorneys for Defendant |
| | | HONEYWELL INTERNATIOAL, INC. f/k/a AlliedSignal, Inc., Successor-in-Interest to The Bendix Corporation |

| | | |
|---|---|---|
| Dated: September 3, 2017 | | **LEADER & BERKON, LLP** |
| | By: | /s/ *Bobbie Bailey* |
| | | Bobbie Bailey, Esq. |
| | | Frederick Gatt, Esq. |
| | | Attorneys for Defendant |
| | | IMO INDUSTRIES, INC. |

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 2 | | |
| 3 | | By:  /s/ *Paul S. Lecky* |
| 4 | | Paul S. Lecky, Esq. |
| 5 | | Mark Kannett, Esq.<br>Attorneys for Defendant |
| 6 | | JOHNSON CONTROLS, INC. |
| 7 | | |
| 8 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 9 | | |
| 10 | | |
| 11 | | By:  /s/ *Gary D. Sharp* |
| 12 | | Gary D. Sharp, Esq.<br>T. Eric Sun, Esq. |
| 13 | | Attorneys for Defendant<br>KUNKLE INDUSTRIES, INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: September 3, 2017 | **BECHERER KANNETT & SCHWEITZER** |
| 17 | | |
| 18 | | By:  /s/ *Emily Bergstrom* |
| 19 | | Emily Bergstrom, Esq.<br>Mark S. Kannett, Esq. |
| 20 | | Attorneys for Defendant<br>M. SLAYEN AND ASSOCIATES, INC. |

| | | |
|---|---|---|
| 1 | Dated: September 3, 2017 | **WFBM, LLP** |
| 2 | | |
| 3 | | By: */s/ Katherine P. Gardiner* |
| 4 | | Katherine P. Gardiner, Esq. |
| 5 | | Michael J. Beler, Esq.<br>Attorneys for MCWANE, INC., erroneously sued |
| 6 | | herein as MCWANE, INC., individually and as<br>parent, alter ego and successor-in-interest to Clow |
| 7 | | Valve Company and Greenberg Valves |
| 8 | | |
| 9 | Dated: September 3, 2017 | **BASSI EDLIN HUIE & BLUM** |
| 10 | | |
| 11 | | |
| 12 | | By: */s/ Marte Bassi* |
| 13 | | Marte Bassi, Eesq.<br>Joseph B. Adams, Esq. |
| 14 | | E. Reno Cross, Esq.<br>Marilen Garcia, Esq. |
| 15 | | Attorneys for Defendant<br> PARKER HANNIFIN CORPORATION |
| 16 | |  INDIVIDUALLY AND AS SUCCESSOR-IN-<br>  INTEREST TO SACOMO SIERRA AND |
| 17 | |  SACOMO MANUFACTURING COMPANY |
| 18 | | |
| 19 | Dated: September 3, 2017 | **FOLEY & MANSFIELD PLLP** |
| 20 | | |
| 21 | | |
| 22 | | By: */s/ Gary D. Sharp* |
| 23 | | Gary D. Sharp, Esq.<br>T. Eric Sun, Esq. |
| 24 | | Attorneys for Defendant<br>PENTAIR VALVES & CONTROLS, LLC |

| | | |
|---|---|---|
| Dated: September 3, 2017 | **K&L GATES, LLP** | |
| | By: | /s/ *Michele Barnes* |
| | | Michele Barnes, Esq. |
| | | Jonathan Theonugraha, Esq. |
| | | Attorneys for Defendant |
| | | RUGGLES-KLINGEMANN MANUFACTURING CO. |
| Dated: September 3, 2017 | **K&L GATES, LLP** | |
| | By: | */s/ Michele Barnes* |
| | | Michele Barnes, Esq. |
| | | Jonathan Theonugraha, Esq. |
| | | Attorneys for Defendant |
| | | SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED D COMPANY |
| Dated: September 3, 2017 | **BURNHAM BROWN** | |
| | By: | /s/ *Richard J. Finn* |
| | | Richard J. Finn, Esq. |
| | | Rohit A. Sabnis, Esq. |
| | | Attorneys for Defendant |
| | | TATE ANDALE, INC. |

| | | | |
|---|---|---|---|
| 1 | Dated: September 3, 2017 | | **SCHIFF HARDIN LLP** |
| 2 | | | |
| 3 | | By: | /s/ *Jean L. Bertrand* |
| 4 | | | Jean L. Bertrand, Esq. |
| 5 | | | Grayson W. Marshall III, Esqs. Attorneys for Defendant |
| 6 | | | TUTHILL CORPORATION |
| 7 | | | |
| 8 | Dated: September 3, 2017 | | **DENTON US LLP** |
| 9 | | | |
| 10 | | | |
| 11 | | By: | /s/ *Lisa L. Oberg* |
| 12 | | | Lisa L. Oberg, Esq. Arlene C. Barton, Esq. |
| 13 | | | Attorneys for Defendant VELAN VALVE CORP. |
| 14 | | | |
| 15 | | | |
| 16 | Dated: September 3, 2017 | | **TUCKER ELLIS LLP** |
| 17 | | | |
| 18 | | By: | */s/ James P. Cunningham* |
| 19 | | | James P. Cunningham, Esq. Attorneys for Defendant |
| 20 | | | WARREN PUMPS |
| 21 | | | |
| 22 | Dated: September 3, 2017 | | **FOLEY & MANSFIELD PLLP** |
| 23 | | | |
| 24 | | | |
| 25 | | By: | /s/ *Arturo Sandoval* |
| 26 | | | Arturo Sandoval, Esq. Khaled Taqi-Eddin, Esq. |
| 27 | | | Attorneys for Defendant THE WM. POWELL COMPANY |
| 28 | | | |

Dated: September 3, 2017 **JACKSON JENKINS RENSTROM LLP**

By: /s/ *Peter K. Renstrom*
Peter K. Renstrom, Esq.
Gregory E. Ebstein, Esq.
Attorneys for Defendant
VIKING PUMP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2017

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

- 10 -

STIPULATION AND ~~PROPOSED~~ ORDER
OF DWOP OF SIEMENS INDUSTRY, INC.